Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Tampa Division

JOHN LAMAR FILLMER )
_____ )   Case No. 8:22 cv 721 CEH-CPT
Plaintiff(s) )   (to be filled in by the Clerk's Office)
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )   Jury Trial: (check one) [X] Yes [ ] No
page with the full list of names.) )
-v- )
 )
 )
STATE OF FLORIDA )
_____ )
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name                 JOHN LAMAR FILLMER
   Street Address       P.O. Box 1000
   City and County      Chattahoochee (Gadsden)
   State and Zip Code   Florida 32324
   Telephone Number     (850) 663-7612
   E-mail Address

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: STATE OF Florida
    Job or Title (if known): The Capitol
    Street Address: 400 S Monroe St
    City and County: Tallahassee (Leon)
    State and Zip Code: Florida 32399-0001
    Telephone Number: (850) 717-9418
    E-mail Address (if known):

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question           [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 8th Amendment Excessive bail — Cruel and unusual Punishment, Due Process United States Constitution. Constitution of the State of Florida Article 1 Section 1, 2, 9, 10, 14, 17

### ~~B.~~ If the Basis for Jurisdiction Is Diversity of Citizenship

~~1.~~ The Plaintiff(s)

~~a.~~ If the plaintiff is an individual
The plaintiff, *(name)* _____, a citizen of the
State of *(name)* _____

~~b.~~ If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

~~2.~~ The Defendant(s)

~~a.~~ If the defendant is an individual
The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____

## III. Statement of Claim

#1 See my PCA from state
This claim is based on illegal detainment cruel and unusual punishment, Due process violation

#2 Could not sue the state for 4th amendment Search and Seizure due to a Statute of limitations on the civil action. 2 years

#3 Filed a Motion to Dismiss in August 2020 that was rejected Stricken in Sarasota Court. 8/14/20

#4. From 8/14/20 I was still held illegally unlawfully because the probable cause affidavit that was filed on 2/13/20 in Sarasota County was incorrect on its face and insufficient or inadmissable in a court of law because it does not have a Judges Signature on it, it is invalid.

#4 I am entitled to Immediate release and $12,000,000 damages from the state for constant hospitalizations, pain and suffering

III Statement of claim

#4. People died in my family ②, Mental anguish, Physical harm erectile Dysfunction, priapism which resulted in 2 surgeries, painful urination, urologist visits future problems and damages, Numbness in my groin, head trauma from being assaulted.

#5 Hospitalized 1/14/2021 - 1/5/2021 Sarasota Memorial also 3/9/2022 Tallahassee Memorial Healthcare (Due to Medications)

#6. I lost property and personal family keepsakes lost loved ones to covid 19 I wasnt there for them.

#7. The State Knowingly has denied every bond hearing keeping me unlawfully detained, The State denied every motion filed to the Courts Keeping me unlawfully detained. The State used coercion and would not make a deal and found me incompetent to proceed 2x's

#8 My whole detainment is illegal

## IV. Relief

#1 I am seeking $12,000,000 in damages for punitive, emotional future, mental anguish, pain and suffering, cruel and unusual punishment, Excessive Bail. Case dismissed immediate release exemplary damages.

#2 The wrongs are currently presently happening and I am further in debt to the state my family and hospitals, my credit is suffering my family is suffering

#3 Hospital bills 30,000 + Wages $120,000 family deaths — $10,000,000 Pain and Suffering - Mental anguish 2,000,000 future emotional, punitive, exemplary head trauma - Priceless!

Total $12,000,000

Twelve million

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

✗ If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

✗ The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Twelve million $12,000,000 Due process, Cruel & unusual punishment, Excessive bail, mental anguish pain and suffering, loss of family, Deaths wages, hospital bills etc.

Total $12,000,000

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attached          Total $12,000,000

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/20/2022

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: John Lamar Fillmer

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____